UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NUTRACEUTICAL WELLNESS, INC. CONSUMER FRAUD LITIGATION | **ORDER**<br><br>23 Civ. 5652 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendant's motion to dismiss:

1. Moving papers are due on **February 16, 2024**;

2. Opposition papers are due on **March 15, 2024**; and

3. Reply papers, if any, are due on **March 29, 2024**.

The Clerk of the Court is directed to terminate the motion. (Dkt. No. 23)

Dated: New York, New York
       January 18, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge